

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00034-CR

| | | |
|---|---|---|
| MICHAEL RAY KERR, Appellant | § | On Appeal from the 43rd District Court |
| | § | of Parker County (CR19-0626) |
| V. | § | August 26, 2021 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT ON REHEARING

After reviewing Michael Ray Kerr's motion for rehearing and the States response, we grant the motion for rehearing. We withdraw our July 1, 2021 memorandum opinion and judgment, and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker